

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2015

No. 04-15-00309-CV

**IN RE TAPS & CAPS BEER PUB, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Jason Pulliam, Justice

On May 19, 2015, relator Taps & Caps Beer Pub, LLC filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 27, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-00342, styled *Angela Moran and James Urban v. Delmis Edmond Shields and Taps & Caps Beer Pub, LLC d/b/a Buckles County Bar & Lounge*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Judge John D. Gabriel and the Honorable Laura Salinas presiding.